## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cincinnati Specialty Underwriter Insurance Company

        Plaintiff,

v.

Ajax Construction Inc, et al.

        Defendant.

Case No.: 1:20−cv−03176

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

    MINUTE entry before the Honorable Edmond E. Chang: On 05/19/2023, the lawyers for the parties jointly emailed the courtroom deputy to report that they have arrived at a settlement in principle and anticipate filing a stipulated dismissal in 30 days or so. Given that representation, the briefing schedule on the position papers is suspended. The Plaintiff's extension motion [69] is terminated as moot. The tracking status hearing of 06/09/2023 is reset to 06/26/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report by 06/19/2023 if the stipulated dismissal has not been filed by that date. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.