**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-03176 |
| v. | ) ) | Judge Edmond E. Chang |
| AJAX CONSTRUCTION, INC., JASON SCHERENCEL, AND GRAND TIMBER LOFTS CONDOMINIUM ASSOCIATION | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, The Cincinnati Specialty Underwriters Insurance Company ("CSU"), Defendant Ajax Construction, Inc. ("Ajax") and Defendant Grand Timber Condominium Association, hereby stipulate to a dismissal of this lawsuit without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

**AJAX CONSTRUCTION, INC.**

By: /s/ *Charles F. Morrisey*　　　　　　Date: May 26, 2023
　　Charles F. Morrissey
　　Morrissey & Donahue, LLC


**GRAND TIMBER CONDOMINIUM ASSOCIATION**

By: /s/ *James M. Dore*　　　　　　Date: May 26, 2023
　　James M. Dore
　　Dore Law Offices


**CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

By: /s/ *Dennis M. Dolan*　　　　　　Date: May 26, 2023
　　Dennis M. Dolan
　　Litchfield Cavo LLP

1

Dated:  May 26, 2023	Respectfully Submitted,

                                                THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE COMPANY

By:	/s/	*Dennis M. Dolan*
        One of its Counsel

Dennis M. Dolan (6229150)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL  60606
(312) 781-6641 (Direct)
(312) 781-6630 (Fax)
Email:  Dolan@LitchfieldCavo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2023, I caused the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Dennis M. Dolan*